WILLIAM J. ESPER, APPELLANT. v. MANHATTAN TRANSIT COMPANY, INCORPORATED, RESPONDENT.

Submitted February 15, 1935—Decided May 17, 1935.

For the appellant, *Louis Santorf.*

For the respondent, *Maurice J. McKeown.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.